## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

GENE AUSTIN ROBASON                                                                                           PLAINTIFF

v.                                           No. 2:10CV00037 JLH

MICHAEL THOMAS, individually and in his
official capacity as a police officer for the
City of Helena-West Helena, AR; JOHN DOE,
individually and in his official capacity as a
police officer for the City of Helena-West Helena,
AR; and the CITY OF HELENA-WEST HELENA,
ARKANSAS                                                                                                      DEFENDANTS

## ORDER

Defendant's motion for extension of the discovery and dispositive motions deadlines is GRANTED without objection. Document #14. The discovery deadline is extended up to and including February 3, 2011. The deadline for filing dispositive motions is extended up to and including February 17, 2011.

IT IS SO ORDERED this 18th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE