**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GENE AUSTIN ROBASON                                                                                      PLAINTIFF

v.                                        No. 2:10CV00037 JLH

MICHAEL THOMAS, individually and in his
official capacity as a police officer for the
City of Helena-West Helena, AR; JOHN BAILEY,
individually and in his official capacity as a
police officer for the City of Helena-West Helena,
AR; and the CITY OF HELENA-WEST HELENA,
ARKANSAS                                                                                                         DEFENDANTS

**ORDER**

Defendants' motion for extension of the dispositive motions deadline is GRANTED without objection. Document #22. The deadline for filing dispositive motions is extended up to and including March 3, 2011.

IT IS SO ORDERED this 18th day of February, 2011.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE