**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GENE AUSTIN ROBASON                                                                                        PLAINTIFF

v.                                          No. 2:10CV00037 JLH

MICHAEL THOMAS, individually and in his
official capacity as a police officer for the
City of Helena-West Helena, AR; JOHN BAILEY,
individually and in his official capacity as a
police officer for the City of Helena-West Helena,
AR; and the CITY OF HELENA-WEST HELENA,
ARKANSAS                                                                                                      DEFENDANTS

**ORDER**

The plaintiff and the defendants have filed motions for an extension of time to file pretrial disclosure sheets. Those motions are GRANTED. Documents #48 and #49. The time within which the pretrial disclosures must be filed is extended up to and including September 30, 2011.

IT IS SO ORDERED this 27th day of September, 2011.

                                                                                    _____
                                                                                    J. LEON HOLMES
                                                                                    UNITED STATES DISTRICT JUDGE