# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GENE AUSTIN ROBASON                                          PLAINTIFF

v.                                No. 2:10CV00037 JLH

MICHAEL THOMAS                                            DEFENDANT

## JUDGMENT

This matter came before the Court for trial by jury beginning on October 17, 2011. Gene Austin Robason appeared in person and through his lawyer, Robert A. Newcomb. Michael Thomas appeared in person and through his lawyers, John Lennon Wilkerson and Matthew Keith Wren. Both parties announced ready for trial. A jury of twelve was duly selected and sworn. After all of the evidence had been received and the jury instructed on the law, the jury returned a verdict as follows:

> On plaintiff Gene Austin Robason's claim against defendant Michael Thomas, as submitted in Instruction No. 5, we the jury find in favor of
>
>                                           *Michael Thomas*
> Gene Austin Robason      or      Michael Thomas
>                                  * * *
>
>                                           */s/ Foreperson*
> Dated: *Oct. 18, 2011*                      Foreperson

Judgment is therefore entered in favor of Michael Thomas on the claims of Gene Austin Robason. Gene Austin Robason's complaint is dismissed with prejudice.

IT IS SO ORDERED this 18th day of October, 2011.

                                                   *J. Leon Holmes*
                                                   J. LEON HOLMES
                                                   UNITED STATES DISTRICT JUDGE